**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donte Clarke, | No. CV-21-01376-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Chuevas, et al., | |
| Defendants. | |

The Court has considered Defendant's "Motion for Extension of Time to Reply in Support of Defendant's Summary Judgment Motion (Doc. 56)" (Doc. 60).

IT IS ORDERED granting the Motion for Extension of Time to Reply in Support of Defendant's Summary Judgment Motion (Doc. 60). Defendant Venalonzo shall file a reply to her Motion for Summary Judgment (Doc. 56) no later than **August 9, 2022**.

Dated this 25th day of July, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge